An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SKY LAS VEGAS CONDOMINIUM
UNIT OWNERS' ASSOCIATION,
                    Appellant,
          vs.
U.S. BANK, N.A., A NATIONAL
ASSOCIATION,
                    Respondent.

No. 66028

**FILED**

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
          DEPUTY CLERK



## ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

Appellant has filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). Appellant's motion is accompanied by an order of the district court certifying that upon remand it will enter an order vacating the order granting respondent's motion to dismiss based upon our decision in *SFR Investments Pool 1 LLC v. U.S. Bank N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), and conduct further proceedings consistent with *SFR*. The motion is unopposed.

Cause appearing, we grant appellant's motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

15-04497

district court decline to grant the relief requested.[1]  Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.  *See* NRAP 3A.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Susan Johnson, District Judge
The Clarkson Law Group, P.C.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings.  *See* NRAP 3A.